EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent, *v.* ONE HUNDRED EIGHT WEST FORTY-NINTH STREET CORP., Appellant.

Argued April 20, 1939; decided May 17, 1939.

*Samuel Roth* and *Albert D'Alessandro* for appellant.

*George M. Mulligan, Edwin A. Berkery* and *Joseph H. Praetz* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.